determination of the appeal, on the further condition that the appeal is argued or submitted on June 7, 1960. The order of this court entered April 5, 1960 is modified accordingly. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

## (May 19, 1960)

■ ADAM MERGER, Individually and as Assignee of RENE PFAFFENBACH, Respondent, v. NATIONAL GRANGE INSURANCE COMPANIES, Appellant.— Order denying motion to set aside services of process, to vacate default judgment, and to dismiss the complaint unanimously reversed, on the law, and the motion dismissed without prejudice, without costs to either party. The proceedings were irregular because the motion was not made in the first action in which the allegedly defective service was made. For that reason the motion should have been dismissed. In any event, a reversal would be required because the proceedings on the hearings were terminated abruptly before the conclusion of defendant's proof. Under the circumstances, defendant's time to answer or make appropriate motion is extended for 20 days after service of a copy of the order entered herein. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ GABRIEL LICHTENSTEIN et al., Copartners Doing Business under the Name of MANOR REALTY Co., Respondents, v. EMIL LEVITT et al., Individually and as Copartners Doing Business under the Name of ROSAN MANAGEMENT COMPANY, Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ B. N. S. INTERNATIONAL SALES CORPORATION, Respondent, v. NOMURA BOEKI KABUSHIKI KAISHA, Also known as NOMURA TRADING Co., LTD., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ B. N. S. INTERNATIONAL SALES CORPORATION, Respondent, v. NOMURA BOEKI KABUSHIKI KAISHA, Also known as NOMURA TRADING Co., LTD., Appellant.— Motion for stay denied. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ JACQUES SARLIE, Respondent, v. CAISSE D'EPARGNE DE L'ETAT, LUXEMBOURG, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ In the Matter of ROYAL INDEMNITY COMPANY, Appellant, against ROSANNA McMAHON, Respondent.— Order denying petitioner's application to stay arbitration unanimously affirmed, with $20 costs and disbursements to respondent-respondent. (See *Matter of Bankers & Shippers Ins. Co. [Schaefer]*, 10 A D 2d 573, motion for leave to appeal denied 10 A D 2d 625, 7 N Y 2d 711; cf. *Matter of Exchange Mut. Ins. Co. [Scandura]*, 8 A D 2d 799; *semble, contra: Matter of American Nat. Fire Ins. Co. [McCormack]*, 15 Misc 2d 692; *Matter of Ross* v. *Hardware Mut. Cas. Co.*, 13 Misc 2d 739; *Lowe* v. *Ocean Acc. & Guar. Corp.*, 21 Misc 2d 1042.) Moreover, the insurer by its conduct, including participation in adjourning without reservation of rights the hearings for arbitration and the protracted delay, has waived any right to resist the arbitration. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.